IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULKADIR MOHAMED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE WASHINGTON | ) | Removed from the Superior Court |
| UNIVERSITY | ) | for the District of Columbia, |
| | ) | Case No. 2021 CA 004133 B |
| And | ) | |
| | ) | |
| LINCOLN NATIONAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants The George Washington University and The Lincoln National Life Insurance Company (incorrectly sued as "Lincoln National Corporation" and "Lincoln Financial Group" and "Liberty Life Assurance Company of Boston a.k.a. Leave Services") (collectively, "Defendants"), reserving all rights, defenses, objections and claims, remove this Action under 28 U.S.C. §§ 1441, 1446, and 1331.  In support of this notice, Defendants state:

1.	Plaintiff Abdulkadir Mohamed ("Plaintiff"), a former employee of the George Washington University, filed a Complaint on or about November 20, 2021, designated *Mohamed v. George Washington University and Lincoln National Corporation*, Case No. 2021 CA 004133 B, in the Superior Court for the District of Columbia.  A true and correct copy of Plaintiff's Complaint is attached as Exhibit 1 to this Notice.

2.	Plaintiff served each Defendant on March 3, 2022.  This Notice of Removal is filed within thirty (30) days of receipt of the Summons and Complaint by Defendants and therefore is timely.

80933988v.1

3. Pursuant to 28 U.S.C. §1446 (a), Exhibit 2 constitutes a copy of all process, pleadings and orders thus far served upon Defendants.

4. Defendants have not yet answered the Complaint nor filed any other responsive papers in the Superior Court matter.

5. In his Complaint, Plaintiff alleges violations of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §2601, *et seq.,* and 42 U.S.C. §1981.  Exh. 1., Compl. at p. 7-8.

6. 28 U.S.C. §1331 endows this Court with "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Therefore, this Court has original jurisdiction over this action as Plaintiff's Complaint is based on multiple federal statutes and the Court may properly exercise jurisdiction over this lawsuit.  28 U.S.C. §1441(a).

7. Venue is proper in this Court under 28 U.S.C. § 1441(a) as the United States District Court for the District of Columbia is the district court embracing the Superior Court for the District of Columbia.

8. Notice of the filing of this removal has been provided to all adverse parties and the clerk of the Superior Court for the District of Columbia in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice that will be filed with the Superior Court for the District of Columbia is attached hereto as Exhibit 3.

9. Pursuant to 28 U.S.C. §1446 (b)(2)(A), all Defendants consent to and join in this removal.

WHEREFORE, Defendants hereby remove this Action pending in the Superior Court for the District of Columbia to this honorable Court.

Dated: March 24, 2022	Respectfully submitted,

   /s/ Raymond Baldwin
Raymond C. Baldwin, Bar No. 461514
Christine M. Costantino, Bar No. 984639
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone:	(202) 463-2400
Facsimile:	(202) 828-5393
rbaldwin@seyfarth.com
ccostantino@seyfarth.com

*Counsel for The George Washington University and The Lincoln National Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, a true and correct copy of the foregoing Notice of Removal was served via ECF, on the following:

>David A. Branch
>Law Offices of David A. Branch & Associates PLLC
>1828 L Street, N.W., Suite 820
>Washington, DC  20036
>davidbranch@dbranchlaw.com
>*Counsel for Plaintiff*

 /s/  Raymond Baldwin
Raymond Baldwin, DC Bar 461514
rbaldwin@seyfarth.com