IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULKADIR MOHAMED,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>    Defendant. | Case No. 1:22-cv-812 TNM |

### DEFENDANT'S MOTION FOR SANCTIONS

  The George Washington University ("GW" or "University"), by counsel and pursuant to Federal Rule of Civil Procedure 37 and the inherent power of this Court, moves for sanctions based on Plaintiff's failure to provide basic discovery and his willful disregard of the Court's Order requiring supplementation of his discovery responses.

  Plaintiff failed to search for or produce basic discovery information and documents in response to GW's discovery requests and its discovery deficiency correspondence. Plaintiff then intentionally violated a Court Order when he failed to provide supplemental discovery by April 10, 2023. Plaintiff's belated supplement at the close of discovery (and after his April 12, 2023 deposition) was both procedurally and substantively inadequate. Plaintiff's own testimony confirms the broad scope of Plaintiff's failure or refusal to comply with his discovery obligations under the rules and orders of this Court.

  GW respectfully submits that sanctions are warranted to remedy the prejudice suffered by GW based on Plaintiff's discovery misconduct and to deter such blatant disregard for the Court's discovery rules and orders. In support of this motion, GW respectfully refers the Court to the accompanying Memorandum of Points and Authorities in Support of its Motion for Sanctions.

DATED:  June 14, 2023               Respectfully submitted,

                                    SEYFARTH SHAW LLP


                                    By: */s/  Raymond C .Baldwin*
                                        Raymond Baldwin, DC Bar 461514
                                        rbaldwin@seyfarth.com
                                        Christine M. Costantino, DC Bar 984639
                                        ccostantino@seyfarth.com
                                        SEYFARTH SHAW LLP
                                        975 F Street, N.W.
                                        Washington, DC  20004-1454
                                        Telephone:     (202) 463-2400
                                        Facsimile:     (202) 828-5393

                                        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2023, a true and accurate copy of the foregoing, including all attachments thereto, was electronically filed with the Clerk of the Court and served on the below counsel of record using the CM/ECF system:

David A. Branch
Law Offices of David A. Branch & Associates PLLC
1828 L Street, N.W.
Washington, DC 20036
davidbranch@dbranchlaw.com
*Counsel for Plaintiff*

*/s/  Raymond C .Baldwin*
Raymond Baldwin, DC Bar 461514
rbaldwin@seyfarth.com
Christine M. Costantino, DC Bar 984639
ccostantino@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:   (202) 463-2400
Facsimile:    (202) 828-5393
*Counsel for Defendant*