# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDULKADIR MOHAMED,**<br><br>Plaintiff,<br><br>v.<br><br>**GEORGE WASHINGTON UNIVERSITY,** *et al.,*<br><br>Defendants. | Case No. 1:22-cv-812 (TNM) |

## <u>ORDER</u>

Based on the reasons stated in the Memorandum Opinion, the law, and the parties' briefing, and the entire record in this case, it is

**ORDERED** that Defendant's [19] Motion for Summary Judgment is **GRANTED**, and it is

**ORDERED** that Plaintiff's [25] Cross-Motion for Summary Judgment is **DENIED**, and it is

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED**.

This is a final, appealable Order.


Dated: September 22, 2023                                   _____

                                                            TREVOR N. McFADDEN, U.S.D.J.