

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Abdulkadir Mohamed**

vs.

Civil Action No. **1:22-cv-812-TNM**

Defendant: **George Washington University**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __2__ day of __October__ 20__23__, that

lead Defendant witness never appeared at deposition, testimonies ommitted and Plaintiff

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the

judgment of this court entered on the __15__ day of __September__, 20__23__, in

favor of __Defendant George Washington University__

against said __Plaintiff Abdulkadir Mohamed__

Attorney/Pro Se Party Signature: *[signature]*

Name: Abdulkadir Mohamed

Address: 5415 Connecticutt Avenue # 721

Washington, DC 20015

Telephone: (202) 413-7635

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017

**RECEIVED**

OCT 2 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*[Stamp: Leave to file GRANTED — TREVOR N. MCFADDEN, United States District Judge — 10/4/23]*