UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
MAILROOM
APR - 2 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

CAPITAL DISTRICT 208
28 FEB 2026 PM 1 L

FIRST-CLASS

US POSTAGE and PITNEY BOWES

ZIP 20001    $ 000.74⁰
02 7W
0008034592 FEB 24 2026

NIXIE        171    4C 1        229?/19/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001216799        2419-03572-19-21

NOT AT THIS ADDRESS — RETURN TO SENDER

03/23/26  03:14:15-P