

22 cv 812

US POSTAGE ℠ PITNEY BOWES

ZIP 20001
02 7W
0008034592 MAR 19 2026

$ 000.74⁰

FIRST-CLASS

CAPITAL DISTRICT 208

24 MAR 2026PM 1 L

NIXIE    171    CC 1    2204/23/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001    *2117-00476-24-43

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR 27 2026

RECEIVED

ABDULKADIR MOHAMMED

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS





